IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[1] ALVIN LARA-MARTINEZ,<br>   also known as "Alv"<br>[2] ALDER LARA-MARTINEZ,<br><br>Defendants. | INDICTMENT<br><br>Criminal No. 25-424 (MAJ)<br><br>Violations:<br>18 U.S.C. § 1512(b)(2)(B),(c)(1),<br>(k)(i)<br><br>TWO COUNTS |

*RECEIVED & FILED CLERK'S OFFICE OCT -9 2025 US DISTRICT COURT SAN JUAN, PR*

THE GRAND JURY CHARGES:

**COUNT ONE**
**Conspiracy to Obstruct Justice**
(18 U.S.C. § 1512(k))

1.  From on or about April 23, 2024, and continuing up to and until October 9, 2025, in the District of Puerto Rico, and elsewhere,

[1] ALVIN LARA-MARTINEZ,
also known as "Alv"
[2] ALDER LARA-MARTINEZ,

the defendants herein, knowingly and intentionally combined, conspired, confederated, and agreed with each other and others known and unknown to the Grand Jury, to (a) corruptly persuade another person, with intent to cause and induce any person to alter, destroy, mutilate, and conceal an object with intent to impair the object's integrity and availability for use in an official proceeding, that is, a proceeding before the United States District Court for the District of Puerto Rico, the criminal proceedings *United States v. Aldrin Manuel Lara-Martinez*, 23-cr-385 (PAD) and *United States v. Aldrin Manuel Lara-Martinez*, 24-cr-154 (SCC)

in violation of Title 18, United States Code, Sections 1512(b)(2)(A); and (b) to corruptly alter, destroy, mutilate, and conceal a record, document, and other object from an official proceeding, that is, a proceeding before the United States District Court for the District of Puerto Rico, the criminal proceedings *United States v. Aldrin Manuel Lara-Martinez*, 23-cr-385 (PAD) and *United States v. Aldrin Manuel Lara-Martinez*, 24-cr-154 (SCC), in violation of Title 18, United States Code, Section 1512(c)(1).

### Overt Acts

2. In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt act among others, were committed:

   (a) On or about April 24, 2024, [1] ALVIN LARA-MARTINEZ, sent three messages to [2] ALDER LARA-MARTINEZ stating, "When [Coconspirator 1] calls", "Tell em delete his ig" "Or change his user"

   (b) On or about April 26, 2024, [2] ALDER LARA-MARTINEZ, and Coconspirator 1, engaged in a conversation discussing the deletion of a social media account belonging to Coconspirator 1.

3. All in violation to Title 18, United States Code, Sections 1512(k) and (i).

### COUNT TWO
**Attempted Obstruction of Justice**
(18 U.S.C. § 1512(b)(2)(B))

From on or about April 23, 2024, and continuing up to and until April 26, 2024, in the District of Puerto Rico, and elsewhere,

[1] ALVIN LARA-MARTINEZ,
also known as "Alv"
[2] ALDER LARA-MARTINEZ,

the defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly and intentionally attempt to corruptly persuade another person,

that is, Coconspirator 1, with the intent to cause and induce Coconspirator 1 to alter, destroy, mutilate and conceal an object, to wit: a social media account, with intent to impair the object's integrity or availability for use in one or more official proceedings, that is, a proceeding before the United States District Court for the District of Puerto Rico, the criminal proceedings *United States v. Aldrin Manuel Lara-Martinez*, 23-cr-385 (PAD) and *United States v. Aldrin Manuel Lara-Martinez*, 24-cr-154 (SCC). All in violation of Title 18, United States Code, Sections 1512(b)(2)(B), (i), and 2.

TRUE BILL,

Date: 9-X-2025

W. STEPHEN MULDROW
United States Attorney

Myriam Y. Fernández-González
Assistant United States Attorney, Chief
Asset Recovery, Money Laundering, and Transnational Organized Crime

María L. Montañez-Concepción
Assistant United States Attorney, Deputy Chief
Asset Recovery, Money Laundering, and Transnational Organized Crime

Ryan R. McCabe
Assistant United States Attorney

María Cristina Semanaz Ojeda
Assistant United States Attorney